[No. 23999–6–I.   Division One.   July 30, 1990.]

NORTH AMERICAN LIFE AND CASUALTY COMPANY, *Respondent,* v. DENELDA M. CRAWFORD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–23113–7, Stephen M. Reilly and Arthur E. Piehler, JJ., entered June 23, 1987, and March 10, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Pekelis, JJ.

[No. 23594–0–I.   Division One.   July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EVERETT LEE DURAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01189–0, John M. Darrah, J., entered January 13, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Baker, J.

[No. 24625–9–I.   Division One.   July 30, 1990.]

GARY L. HARSTAD, JR., *Respondent,* v. ROBERT JUNGARO, ET AL, *Defendants,* DEV/MAR, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–2–04525–7, John E. Rutter, Jr., J., entered June 2, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Grosse, J.